

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**
**ATTORNEY GENERAL**

September 29, 1945

Railroad Commission of Texas
Capitol Building
Austin, Texas

Attention: Gus J. Strauss, Director
Gas Utilities Division

Gentlemen:

Opinion No. O-6854
Re: Form of Indemnity Bond
for Liquefied Petroleum
Gas Licensee, under
Art. 6053, V. A. C. S.

     We acknowledge receipt of your letter of September 28, 1945, containing form of bond for Liquefied Petroleum Gas Licensee. We have re-written the bond and enclose a copy of same herewith. In our opinion, this form complies with Section 11 of Ch. 358, Acts 49th Legislature, Regular Session, 1945.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By: *Fagan Dickson*
Fagan Dickson
Assistant

FD:rt

APPROVED
OPINION COMMITTEE
BY _____ CHAIRMAN